No. 5900.—Manrique, dmdte., v. Díaz, dmdo. y Bonnet, apltc.— C. D. San Juan. Enero 19, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia de la parte apelada; no apareciendo en los autos copia alguna del escrito de

apelación; y no habiendo el apelante presentado su alegato dentro del término legal, *se desestima,* por falta de jurisdicción y de alegato, la apelación interpuesta en el presente caso.